UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>             Plaintiff,<br><br>    v.<br><br>LEISURE HOTEL GROUP, LLC,<br><br>             Defendant. | Case No. 21-cv-00954-SI<br><br>**JUDGMENT** |

On June 15, 2021, the Court granted defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 15, 2021

_____
SUSAN ILLSTON
United States District Judge